**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6384**

MICHAEL A. WILLIAMS,

Plaintiff - Appellant,

v.

MARSHAL GRIFFIN; OFFICER FOX; OFFICER GRAY; OFFICER ALPERSTEIN; OFFICER ANDERSON; OFFICER CLARK; JOSEPH M. LIGHTSEY; MADONNA GODWIN, Nurse; STEVE DOLINSKI, Head Director of Nursing,

Defendants – Appellees,

JOSEPH M. LIGHTSEY; MADONNA GODWIN, Nurse; STEVE DOLINSKI, Head Director of Nursing,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:10-ct-03122-FL)

Submitted: June 14, 2012          Decided: June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Antwon Williams, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina; Elizabeth Pharr McCullough, Kelly Elizabeth Street, YOUNG, MOORE

& HENDERSON, PA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Griffin, No. 5:10-ct-03122-FL (E.D.N.C. Feb. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED